# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EA29 | 9326766 | Smith | 3918 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | ☒ CFR ☐ USC ☐ State Code |
|---|---|---|
| 07/28/2024 1620 | 327.2 (b) | |

**Place of Offense:** Dam Site Day Use Boat Ramp, Cleburne County, Greers Ferry Lake, Arkansas

**Offense Description; Factual Basis for Charge:** HAZMAT ☐
Parking a vehicle in such a manner as to endanger project property or environmental features.

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Jones | Christopher | M |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 365 ZNZ | AR | 2021 | Jeep Wrangler | | Red |

**A ☐ APPEARANCE IS REQUIRED** — If Box A is checked, you must appear in court. See instructions.

**B ☒ APPEARANCE IS OPTIONAL** — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 75 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov → $ 105 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|
| 500 West Capital Ave. Little Rock, AR 72201 | 9/30/2024 | 9:00 AM |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9326766*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 28, 2024 while exercising my duties as a law enforcement officer in the Eastern District of Arkansas

While on routine patrol, I observed a vehicle parked well off of maintained roads, on the shore line at Dam Site Day Use on Greers Ferry Lake in Cleburne County, AR. I ran the license plate through Cleburne County Dispatch to obtain the owner's information. I then used the information to issue Christopher M. Jones a citation for offense 327.2(b).

The foregoing statement is based upon:

☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/28/2024    /s/ Smith
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident